452 A.2d 1015

COMMONWEALTH of Pennsylvania, Appellee,

v.

Carl Sterling GARNETT, Appellant.

Supreme Court of Pennsylvania.

Submitted Oct. 18, 1982.

Decided Dec. 10, 1982.

George J. D'Ambrosio, West Chester, for appellant.

Lee Ruslander, Chief, Appeals Div., Joseph Carroll, Asst. Dist. Atty., West Chester, for appellee.

Before O'BRIEN, C.J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

ORDER

PER CURIAM.

The order of the Court of Common Pleas of Chester County is affirmed.